# EXHIBIT 1

| | AO44 |
|---|---|
| | (Rev. 11/07) |

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

INVOICE NO: 20140038

| | MAKE CHECKS PAYABLE TO: |
|---|---|
| Christopher W. Niro<br>Niro Haller & Niro Ltd<br>181 West Madison Street<br>Suite 4600<br>Chicago, IL 60602<br>Phone: (312) 236-0733 | LAURA LACIEN, /RL III, LTD<br>Official Court Reporter<br>219 South Dearborn Street<br>Suite 1902<br>Chicago, IL 60604<br>Phone: (312) 408-5032<br>FAX (312) 663-3840<br>Tax ID: 36-4541869<br>Laura_Lacien@ilnd.uscourts.gov |

| ☐ CRIMINAL | ☒ CIVIL | DATE ORDERED: 02-21-2014 | DATE DELIVERED: 02-21-2014 |
|---|---|---|---|

**Case Style:** 13 CV 4180, Arlington Specialties Inc. v Urban Aid Inc.

```
Transcript of digital proceedings before the Hon. Maria Valdez.  Taken on
February 20, 2014.    email pdf hourly
33 pages, 32 billable.
TERMS:   COD
```

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | 32 | 7.25 | 232.00 | | 1.20 | | | 0.90 | | 232.00 |
| Realtime | | 3.05 | | | 1.20 | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 232.00 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $232.00 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: Laura LaCien

Digitally signed by Laura LaCien
DN: cn=Laura LaCien, o=Federal Court Reporter, ou=Northern District of Illinois, email=laura_lacien@ilnd.uscourts.gov, c=US
Date: 2014.02.21 16:56:27 -06'00'

DATE

(All previous editions of this form are cancelled and should be destroyed)